```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO: CR-06-6015-WFN |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER DISMISSING** |
| ) | **INDICTMENT** |
| VICTOR GOMEZ-CERVANTES, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the Indictment in the above-entitled matter is dismissed with prejudice. The Court makes no judgment as to the merit or wisdom of this dismissal.

DATED this __19th__ day of March, 2008.


              s/ Wm. Fremming Nielsen
         ─────────────────────────────────
         WM. FREMMING NIELSEN
         UNITED STATES DISTRICT JUDGE